RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Brenda Eleana Reyna

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00168-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| BRENDA ELEANA REYNA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Richard A. Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Brenda Eleana Reyna, that the Sentencing Hearing currently scheduled on January 12, 2023 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      The parties require additional time to prepare for sentencing.

2.      The defendant is out of custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

1        This is the first request for a continuance of the sentencing hearing.

2        DATED this 6th day of December 2022.

3

4    RENE L. VALLADARES                    JASON M. FRIERSON
     Federal Public Defender               United States Attorney

5

6        */s/ Keisha K. Matthews*              */s/ Richard A. Lopez*
     By_____   By_____

7    KEISHA K. MATTHEWS                     RICHARD A. LOPEZ
     Assistant Federal Public Defender      Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00168-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| BRENDA ELEANA REYNA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, January 12, 2023, at 10:30 a.m., be vacated and continued to <u>February 16, 2023</u> at the hour of <u>9:00 a</u>.m. in Courtroom 6C.

DATED this <u>7th</u> day of December 2022.

_____

UNITED STATES DISTRICT JUDGE

3