RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Brenda Eleana Reyna

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRENDA ELEANA REYNA,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00168-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Richard A. Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Brenda Eleana Reyna, that the Sentencing Hearing currently scheduled on February 16, 2023 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to prepare for sentencing.

　　　　2.　　The defendant is out of custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1  This is the second request for a continuance of the sentencing hearing.

2  DATED this 3rd day of February, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Richard A. Lopez*<br>By_____<br>RICHARD A. LOPEZ<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00168-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| BRENDA ELEANA REYNA, | |
| Defendant. | |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, February 16, 2023, at 9:00 a.m., be vacated and continued to March 23, 2023 at the hour of 9 : 00 a.m. in Courtroom 6C.

   DATED this 6th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE

3