# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-168-APG-DJA |
| Plaintiff | **Order Granting (1) Motion to Extend Self-Surrender Date, and (2) Motion to File Exhibit Under Seal** |
| v. | |
| BRENDA ELEANA REYNA, | [ECF Nos. 21, 22] |
| Defendant | |

Defendant Brenda Reyna moves to extend her self-surrender date. ECF No. 21. The Government does not oppose the motion, and the motion is supported by good cause. Along with her motion, Ms. Reyna filed under seal an exhibit containing sensitive medical information. ECF No. 23. She moves for leave to keep that exhibit under seal. ECF No. 22. That motion, too, is supported by good cause.

I THEREFORE ORDER that Ms. Reyna's motion **(ECF No. 21) is granted**. Ms. Reyna's self-surrender date is extended to 12:00 noon on Friday, September 22, 2023.

I FURTHER ORDER that a status conference is set for Wednesday, August 16, 2023 at 2:00 p.m.

I FURTHER ORDER that Ms. Reyna's motion to seal **(ECF No. 22) is granted**, and the document filed at ECF No. 23 shall remain under seal.

DATED this 10th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE